DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL JOSEPH DEMPSEY, III,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-647

[August 9, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case Nos. 562020CF000271A and 562019CF002266A.

Carey Haughwout, Public Defender, and Paul Edward Petillo, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Lindsay A. Warner, Assistant Attorney General, West Palm Beach, for appellee.

DAMOORGIAN, J.

Michael Joseph Dempsey, III ("Defendant") appeals the two orders of revocation of community control entered in two separate cases. Both revocation orders were entered on March 7, 2022. Finding no merit to Defendant's arguments on appeal for reversal, we affirm without further comment. Nonetheless, we are compelled to remand with instructions to correct both revocation orders because, as the State concedes, the orders identify a condition of community control which the State failed to prove Defendant violated.

After a hearing on Defendant's violation of community control, the trial court made oral findings and entered a written order that provided, inter alia, the specific conditions of community control which Defendant had violated. Thereafter, on March 7, 2022, the trial court entered two nunc pro tunc orders of revocation of community control, both of which included violations of Standard Condition 16—failing to remain confined at an approved residence. However, as the State has conceded, no evidence or findings pertained to a violation of Standard Condition 16.

Accordingly, we affirm the orders revoking Defendant's community control and the corresponding sentences, but remand solely for entry of corrected revocation orders removing Standard Condition 16 as a ground for revocation. *See Henry v. State,* 313 So. 3d 757, 760 (Fla. 2d DCA 2020) (affirming the order revoking community control and the corresponding sentence but remanding for entry of a corrected revocation order to accurately reflect the correct conditions that were violated).

*Affirmed and remanded with instructions.*

WARNER and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***